# Court of Appeals
# of the State of Georgia

ATLANTA, September 24, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0046. IN RE: ESTATE OF BERNICE J. HENDRICKS, DECEASED.**

Danielle Garcia filed this application for discretionary appeal from a final order of the Probate Court of Columbia County admitting the above deceased's will for probate and appointing Chawaka Bell as the estate's executor. Under OCGA § 15-9-123 (a), a party in a civil case in probate court shall have the right of appeal to an appellate court without first seeking review in superior court. See *Ellis v. Johnson*, 291 Ga. 127, 128 n.1 (728 SE2d 200) (2012). A probate court is defined as "a probate court of a county having a population of more than 90,000 persons according to the United States decennial census of 2010 or any future such census." OCGA § 15-9-120 (2). According to the 2010 census, Columbia County had a population of 124,053. Because the Probate Court of Columbia County meets the statutory definition of a probate court, Garcia had a right of direct appeal to this Court, and no application was required. See *O'Regan v. Brennan*, 204 Ga. App. 50 (418 SE2d 389) (1992).

Accordingly, the application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). Garcia shall have ten days from the date of this order to file a notice of appeal in the probate court. OCGA § 5-6-35 (g). The clerk of the probate court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*